UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TYRONE HENRY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-3058-WBV** |
| **TIMOTHY HOOPER, ET AL.** | **SECTION D (4)** |

## ORDER

The Court, having considered the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus By A Person In State Custody,[1] the record, the applicable law, and the Report and Recommendation of the United States Magistrate Judge,[2] to which there are no objections,[3] and having determined that the Report and Recommendation is not clearly erroneous or contrary to the law, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.[4]

Additionally, Rule 11(a) of the Rules Governing 28 U.S.C. § 2254 proceedings provides that, "The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A court may only issue a certificate of appealability if the petitioner makes "a substantial showing of the denial

---

[1] R. Doc. 1.
[2] R. Doc. 29.
[3] Objections were due by March 11, 2022. R. Doc. 29. This Court has given Petitioner well over three weeks beyond that deadline to file objections. As of the date of this Order, no objections have been filed.
[4] The Court notes minor typographical errors in the Report and Recommendation, none of which amount to clear error. *See*, for example, reference to Petitioner as "her" on p. 7, and "If the judge does not sentence me as agree [sic] with the district attorney . . ." on p. 28, and " it is **RECOMMENDED** that Tyrone Henry's [petition] for the issuance of a writ of habeas corpus . . ." on p. 38. R. Doc. 29.

of a constitutional right."⁵ The "controlling standard" for a certificate of appealability requires the petitioner to show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented [are] adequate to deserve encouragement to proceed further."⁶ The Court finds that Tyrone Henry's Petition fails to satisfy this standard. As such, the Court will not issue a certificate of appealability.

Accordingly,

**IT IS HEREBY ORDERED** that the Petition of Tyrone Henry for the issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Court **DENIES** a certificate of appealability.

New Orleans, Louisiana, April 7, 2022.

**WENDY B. VITTER**
**United States District Court**

---

⁵ 28 U.S.C. § 2253(c)(2).
⁶ *Miller-El v. Cockrell*, 537 U.S. 322, 326 & 336, 123 S.Ct. 1029, 1034 & 1039, 154 L.Ed.2d 931 (2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000)) (internal quotation marks omitted).